## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB MDL No. 1699 |
| THIS RELATES TO: MDL Case No. 3:06-cv-07138-CRB | STIPULATION AND PROPOSED DISMISSAL WITHOUT PREJUDICE AS TO ONLY FELIPE GUTIERREZ |

Plaintiff, Felipe Gutierrez, and defendants, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle, LLC, by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of only Felipe Gutierrez be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should Plaintiff or their lawful representative(s) attempt to re-file this claim against defendant, he shall do so only be re-filing in the United States District Court.

Dated: _____

WATTS LAW FIRM, LLP

By: _____

Austin W. Anderson
Texas Bar No. 24045189
555 North Carancahua
Tower II, 14th Floor
Corpus Christi, Texas 78478
(361) 887-0500
(361) 887-0055 [facsimile]
aanderson@wattslawfirm.com

ATTORNEY FOR PLAINTIFF
FELIPE GUTIERREZ

8/22/07

GORDON & REES, LLP

By: _____
Stuart M. Gordon
California Bar No. 37477
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 262-3801 [facsimile]
sgorgon@gordonrees.com

ATTORNEY FOR DEFENDANT
PFIZER, INC., PHARMACIA
CORPORATION, and G.D.
SEARLE, LLC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.


Dated:  August 22, 2007 .

_____
CHARLES R. BREYER
UNITED STATES DIST



IT IS SO ORDERED

Judge Charles R. Breyer