Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Franklin Ames, et al. v. Pfizer Inc., et al.*<br><br>CASE NO. C-06-7138 | Case No. C-06-7138<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs, Franklin Ames; Donna Eichberger; Glynda Gibson; Mable Harris; Fannie Holman; Guadalupe Hughes; Theresa M. Lumbers; Jaqueline Manuel; Sally Phelps; Richard Royer; Gerald Sheets; Elizabeth Tamez; Raul G. Utley; Delbert Vaughn; Jane Web, and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 29, 2009

*(signature)*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-1-

1 | DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: APR - 5 2010

**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**