Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. C-06-7138 |
| | MDL NO. 1699 |
| This Document Relates To: *Franklin Ames, et al. v. Pfizer Inc., et al.* | District Judge: Charles R. Breyer |
| **CASE NO. C-06-7138** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs, Franklin Ames; Donna Eichberger; Glynda Gibson; Mable Harris; Fannie Holman; Guadalupe Hughes; Theresa M. Lumbers; Jaqueline Manuel; Sally Phelps; Richard Royer; Gerald Sheets; Elizabeth Tamez; Raul G. Utley; Delbert Vaughn; Jane Web, and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 29, 2009

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-1-

1   DATED:  February 4, 2010

2

3                                         Michelle W. Sadowsky
                                          DLA PIPER LLP (US)
4                                         1251 Avenue of the Americas
                                          New York, NY 10020-1104
5                                         212.335.4500
                                          *Attorneys for Defendants*

6

7

8   **APPROVED AND SO ORDERED.**

9   DATED: APR - 5 2010

10                                        **CHARLES R. BREYER**
                                          **UNITED STATES DISTRICT JUDGE**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                -2-

            **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**